NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| JAMES MICHAEL ALEXANDER, DOC #680137, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D18-1675 |
| STATE OF FLORIDA, | ) ) | |
| Appellee. | ) ) ) | |

Opinion filed August 30, 2019.

Appeal from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender,
and Dan Hallenberg, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.